```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICARDO ERNESTO GONZALEZ,

               Plaintiff,

-v.-

TAKI BAKERY INC., et al.,

               Defendants.
------------------------------------------------------------X

ORDER OF DISCONTINUANCE
17 Civ. 6274 (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     This case contains claims under the Fair Labor Standards Act. On May 4, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). At a settlement conference held on May 2, 2018, the terms of a proposed settlement were placed on the record. In addition, the parties made a joint application on the record to approve the settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

     At that time, the Court reviewed the proposed settlement, and considered the parties' arguments. For the reasons stated on the record, the Court found that the settlement was fair and reasonable.

     Accordingly, the settlement is approved and this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

     Any pending motions are moot. The Clerk is requested to close the case.

     SO ORDERED.

Dated: May 21, 2018
       New York, New York

                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge